JOHN O. SHELLEY v. STEPHEN SOUTHWICK.

Where the writ of error was not sued out until after the expiration of two years from the rendition of the judgment the case was dismissed. (Paschal's Dig., Art. 4616, Note 1026.)

ERROR from Liberty. The case was tried before Hon. C. W. BUCKLEY, one of the district judges.

The record was frightfully long, covering two hundred and nine pages.

No brief for the plaintiff in error has been furnished to the *Reporter.*

*C. L. Cleveland,* for defendant in error, moved to dismiss, on the ground that over two years had elapsed between the rendition of the judgment and the petition for a writ of error.

MORRILL, C. J.—The petition for the writ of error states that the judgment was rendered on the 21st September, 1860.

The petition was filed on the 6th April, 1867, and bond executed same day.

The statute [Paschal's Dig., Art. 4616] requires all writs of error to be prosecuted within two years from the time of judgment.

The motion of defendant in error to strike the case from the docket at costs of plaintiffs in error is sustained.

DISMISSED.